### BILL TOWERY v. THE STATE.

No. 2894. Decided December 23, 1913.

**Aggravated Assault—Recognizance.**

Where the recognizance in a misdemeanor case did not state the penalty assessed against appellant, the appeal must be dismissed.

Appeal from the County Court of Wichita. Tried below before the Hon. C. B. Felder.

Appeal from a conviction of aggravated assault; penalty, a fine of $100 and thirty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of the offense of making an aggravated assault on A. D. France. He undertakes to appeal to this court, but the recognizance entered into is insufficient in law to confer jurisdiction on this court. Therefore, the appeal must be dismissed. Articles 886, 887 and 888, and decisions cited thereunder in White's Ann. Code Criminal Procedure.

Appeal dismissed.

*Dismissed.*

DAVIDSON, JUDGE, absent.